UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CHRISTINE JOHANSENFEICHKO,<br><br>    Defendant. | 9:23-PO-05064-KLD<br>Ticket Number: F5265011, F5265013<br>Location Code: M10<br>Disposition Code: PF<br><br>JUDGMENT IN A CRIMINAL CASE |

  The Defendant, Christine Johansenfeichko, was present in court was found guilty following a bench trial to the charge of: POSSESSING OR STORING ANY FOOD AS SPECIFIED IN THE ORDER. The Defendant plead no contest to the charge of: LEAVING REFUSE OR LITTER IN AN EXPOSED OR UNSANITARY CONDITION.

  The court imposes the following sentence pursuant to the Sentencing Reform Act of 1984:

    1.  Defendant must pay a fine in the amount of $75.00 plus $40.00 in fees for LEAVING REFUSE OR LITTER IN AN EXPOSED OR UNSANITARY CONDITION and $100.00 plus $40.00 in fees for POSSESSING OR STORING ANY FOOD AS SPECIFIED IN THE ORDER for a total of $255.00. The fine has been paid in full, receipt number 900018574.

Defendant is advised that pursuant to 18 U.S.C. § 3742(g) and Federal Rule of Criminal Procedure 58(g)(2)(B), Defendant has the right to appeal the sentence imposed in this case to a United States District Court Judge within fourteen (14) days after entry of judgment, by filing with the Clerk of District Court a statement specifying the judgment from which the appeal is taken, and by serving a copy of the statement upon the United States Attorney (personally or by mail) and filing a copy with Magistrate Kathleen L. DeSoto.  If you appeal, you will be required to pay a $39 fee pursuant to 28 U.S.C. § 1914, Fee Schedule, subsection (10) at the time of filing your appeal.  You also will be required to furnish the District Court Judge a copy of the record, which consists of the "original papers and exhibits in the case together with any transcript, tape or other recording of the proceedings and a certified copy of the docket entries which shall be transmitted promptly to the clerk of court."  Fed. R. Crim. P. 58(g)(2)(c).

Date of Imposition of Judgment: March 12, 2024.

  3/13/2024
_____                              _____
Date Signed                                         KATHLEEN L. DESOTO
                                                    United States Magistrate Judge